**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **GILBERT CRUZ** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:16-CV-3568** |
| | § | |
| **DEPUTY ROLANDO DELGADO JR.,** | § | **JURY DEMANDED** |
| **DEPUTY G. PERKINS, DEPUTY T. CUMMINGS,** | § | |
| **SERGEANT K BENOIT,** | § | |
| **SERGEANT M. STOUFFER, each in their individual** | § | |
| **capacity, SHERIFF ED GONZALEZ in his official** | § | |
| **capacity, and HARRIS COUNTY.** | § | |
| *Defendants.* | § | |
| | § | |

**DEFENDANT'S PROPOSED EXHIBIT LIST**

| No. | Description | Offer | Obj. | Admit | Not Admitted |
|---|---|---|---|---|---|
| Ex. 1 | Underling Incident Report dated May 13, 2016 | | | ✓ | |
| Ex. 2 | Incident Report dated March 4, 2016 | | | | |
| Ex. 3 | Incident Report dated August 9, 2016 | | | | |
| Ex. 4 | EMS Report | | | | |
| Ex. 5 | Color photos of Plaintiff x3  *ONLY OFFERING 2 PHOTOS* | | | ✓ | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| GILBERT CRUZ | § | 4:16-CV-3568 |
| | § | CA/CR NO. |
| Plaintiff, | § | |
| | § | Judge Werlein, Jr. |
| vs. | § | JUDGE |
| | § | |
| | § | |
| DEPUTY ROLANDO DELGADO, JR., et al., | § | COURTROOM CLERK       COURT REPORTER |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |
| | § | PROCEEDING |
| | § | |
| | | Gilbert Cruz, Plaintiff |
| | | EXHIBIT LIST OF |

| NO. | DESCRIPTION | OFFR | OBJ | DATE ADMIT | N/ADM |
|---|---|---|---|---|---|
| 1 | EMS Records from Cy-Fair Volunteer Fire Dept. | | | | |
| 2 | Harris County Sheriff's Office Health Services Medical Records for Gilbert Cruz | WITHDRAWN | | | |
| 3 | 2016 05-13 Incident Report | | | | |
| 4 | Motion to Dismiss Criminal Charge for Insufficient Evidence | | | | |
| 5 | Order Dismissing Criminal Charge | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |

Plaintiff reserves the right to utilize any exhibit listed on Defendant's Exhibit List and to use such rebuttal or impeachment exhibits as are necessary, as well as any document later produced by Defendant.

Plaintiff hereby gives notice to all parties that he intends to use all documents exchanged and produced between the parties, including, but not limited to correspondence, pleadings, records and discovery responses during the trial of this matter.

Respectfully submitted,

*/s/ Scott H. Palmer*
SCOTT H. PALMER
State Bar No. 00797196
JAMES P. ROBERTS
State Bar No. 24105721

SCOTT H. PALMER, P.C.
15455 Dallas Parkway, Suite 540
Addison, Texas 75001
Telephone:    214.987.4100
Facsimile:    214.922.9900
scott@scottpalmerlaw.com
james@scottpalmerlaw.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was forwarded to Defendant's counsel via ECF on August 1, 2019.

*/s/ Scott H. Palmer*
SCOTT H. PALMER