CASE NUMBER: 4:16-CV-3568

DATE 11/19/19

**JURY NOTE # 1**

We cannot come to an agreement that the Defendant's force was excessive. We do not know how to proceed.

11/19/19 at 3:55 P.M.
Response Note: After consulting with counsel for the parties, with their agreement I read to the jury in open Court the modified civil Allen charge at p. 25 f., § 2.18 of the Fifth Circuit Pattern Jury Instructions, Civil, 2014.

Ewing Werlein, Jr.
USDJ.

Signature of Foreperson