CASE NUMBER: 4:16-CV-3568

DATE 11/19/19

## JURY NOTE # 2

Can we have a clear definition of (legal?) excessive force? This could be via yourself or dictionary.

Signature of Foreperson