**Answer to Jury Note #2**

"Excessive force," according to Black's Law Dictionary, is "unreasonable or unnecessary force under the circumstances." In the context of this case, as I explain in my Instructions, careful attention must be given to the evolving facts and circumstances surrounding Deputy Delgado's use of force on the night of May 13, 2016. I describe the kinds of things that are relevant to this inquiry on pages 7 and 8 of my Instructions. Please consider these and all other of my Instructions.

11/19/19 at 5:00 P.M.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE