United States District Court
Southern District of Texas
**ENTERED**
November 21, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GILBERT CRUZ, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-16-3568 |
| | § | |
| ROLANDO DELGADO, JR., | § | |
| DEPUTY G. PERKINS, DEPUTY T. | § | |
| CUMMINGS, SERGEANT K. BENOIT, | § | |
| SERGEANT M. STOUFFER, | § | |
| and HARRIS COUNTY, | § | |
| | § | |
| Defendants. | § | |

## **FINAL JUDGMENT**

On November 18, 2019, this case came on for jury trial and, after all the evidence was received, the jury received the Court's instructions on the law, heard the arguments of counsel, and retired to deliberate. On November 20, 2019, the jury rendered its unanimous Verdict, which the Court accepted and ordered filed. Now, therefore, based on the Court's Memorandum and Order dated December 7, 2017 (Document No. 36), the Court's Memorandum and Order dated June 24, 2019 (Document No. 69), and the Jury's Verdict of November 20, 2019, it is

ORDERED and ADJUDGED that Plaintiff Gilbert Cruz take nothing on all of his claims against Defendants Rolando Delgado, Jr., Deputy G. Perkins, Deputy T. Cummings, Sergeant K. Benoit, Sergeant

M. Stouffer, and Harris County, and Plaintiff's cause of action is DISMISSED on the merits.

All other and further relief sought herein by any party and not expressly granted herein is DENIED.

This is a **FINAL JUDGMENT.**

The Clerk will enter this Order and send copies to all counsel of record.

SIGNED at Houston, Texas, on this 21ST day of November, 2019.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE